IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JUAN A. MOREIRA, :
a/k/a JUAN ALBERTO MOREIRA, : CASE NO. 5:16-1497
a/k/a JUAN MOREIRA, :
    Debtor :

**REQUEST FOR CERTIFIED DOCUMENT**

To The Clerk of Courts:

Please send me a certified copy of Docket Number 41, Discharge Order. Thank you.

    NEWMAN, WILLIAMS, P.C.

By: <u>ROBERT J. KIDWELL, ESQUIRE</u>
    Attorney I.D. No. 206555
    Attorney for Debtors
    712 Monroe St., PO Box 511
    Stroudsburg, PA 18360-0511
    (570) 421-9090; Fax (570) 424-9739
    rkidwell@newmanwilliams.com